*UNITED STATES BANKRUPTCY COURT*
*SOUTHERN DISTRICT OF NEW YORK*
*-----------------------------------------------------X*

| | |
|---|---|
| In Re: | ORDER OF DISMISSAL |
| | FOR |
| **Tronox Incorporated** | FAILURE TO PROSECUTE |
| | BANKRUPTCY APPEAL |
| -----------------------------------------------------X | 21-CV-10889 JPC |

FROM:   VITO GENNA, CLERK
          UNITED STATES BANKRUPTCY COURT
          SOUTHERN DISTRICT OF NEW YORK

TO:   RUBY J. KRAJICK, CLERK
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated        BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/02//2021
APPELLANT: Sabrina Robinson (on behalf of Mildred Burdine)
BANKRUPTCY DOCUMENT #: 9586

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

    __X__ FRBP 8009
    ____ Federal Rules of Civil Procedure (Rule _____)
    __X__ 28 U.S.C. 1930 - the requirement to pay a filing fee
    ____ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:   **July 15, 2022**                  Vito Genna, Clerk
         New York, New York            U.S. Bankruptcy Court, SDNY

                                                         By:   s/ Anatin Rouzeau
                                                                 Deputy Clerk

**ORDER**

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____**July 15**_____ 20**22**         _____
        New York, New York                   Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____        Ruby J. Krajick , Clerk
                                                             District Court, SDNY

                                                                By: _____
                                                                     Deputy Clerk